JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE LOPEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>SIGNATURE RETAIL SERVICES, INC.; and DOES 1 to 50, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-02834 MWF (AFMx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge:  Hon. Michael W. Fitzgerald<br><br>Trial Date:        None Set |

Pursuant to the stipulation between Plaintiff JORGE LOPEZ ("Plaintiff") and Defendant SIGNATURE RETAIL SERVICES, INC. ("Defendant") and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Case No. 2:21-cv-02834 MWF (AFMx) is hereby DISMISSED WITH PREJUDICE in its entirety.  Each party to bear its own attorney's fees and costs except as specified in the parties' settlement agreement.  The Court will retain jurisdiction to enforce the settlement.  **IT IS SO ORDERED.**

DATED:  December 7, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge

4862-5545-2165.1

1